THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY HAMMOND, Appellant.— Motion to set aside order dismissing the appeal, and to reinstate the appeal, granted provided the defendant prints and files his case with the clerk of this court on or before December 20, 1929; and provided further that the case be heard at the January term; otherwise, the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.; Van Kirk, P. J., and Davis, J., dissent.

MAUDE B. BOOTH and Another, Executors and Trustees, etc., of ARNOLD BOOTH, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

FREDA SHERER, Appellant, v. FRANK BRAUN and Another, Respondents. CHARLES CAPLAN and Another, Individually and as Copartners Trading under the Firm Name and Style of CAPLAN BROS. FURNITURE STORE, Defendants; and CITY OF ALBANY, Respondent. ISAAC SHERER, Appellant, v. FRANK BRAUN and Another, Respondents. CHARLES CAPLAN and Another, Individually and as Copartners Trading under the Firm Name and Style of CAPLAN BROS. FURNITURE STORE, Defendants; and CITY OF ALBANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ONEITA CONTERMAN, Respondent, v. LOUIS H. HANNAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that the appellant has failed to show that the convenience of witnesses and the ends of justice will be promoted by changing the place of trial. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JAMES A. LEARY and Another, Copartners, Doing Business under the Firm Name and Style of LEARY & FULLERTON, Respondents, v. CHARLOTTE LIPKIND, Appellant.*— Order affirmed, with ten dollars costs and disbursements, on the ground that the irregularity in giving notice of the reference did not affect a substantial right of the defendant for she had actual notice thereof and did not appear and make objection; and had made default in appearing on the trial at which the reference was granted. (See Civ. Prac. Act, § 105.) Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Hasbrouck, J., dissents.

GLOVERSVILLE KNITTING COMPANY, Respondent, v. HERBERT ROTHSTEIN, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

HELEN POTTER LEOTAUD, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the answer alleges a defense as to a special right the defendant has in the property, and it is entitled to plead the defense although it may not be able to establish it successfully on the trial. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.